# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
                   cklee@leelitigation.com

May 24, 2019

**Via ECF**
The Honorable Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:  *Perez v. New York Spine Specialists, LLP, et al.*
            Case No. 2:18-cv-880 (SJF)(AKT)

      We are counsel for Plaintiff in the above-referenced matter. Pursuant to the Court's Order dated February 6, 2019 (ECF Dkt. No. 30), we write jointly with counsel for Defendants to inform the Court that the parties have reached a contemplated settlement in principle and are in the process of finalizing the settlement documents. Accordingly, the parties respectfully request thirty (30) days, until June 24, 2019, to file their submission for settlement approval.

      We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:    all parties via ECF