# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
cklee@leelitigation.com

July 10, 2019

**Via ECF**
The Honorable Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Perez v. New York Spine Specialists, LLP, et al.*
Case No. 2:18-cv-880 (SJF)(AKT)

Dear Judge Feuerstein:

We are counsel to Plaintiff in the above-referenced case. We write to inform the Court of an impediment to settlement. Defendants refuse to fund the settlement payment into Defendants' counsel's escrow account after a settlement agreement is executed. We are concerned about Defendants' insistence on paying after the fairness is approved, as we have experienced many defendants refusing to pay after the case is dismissed. Despite our efforts to express this risk to Defendants, the parties have been unable to resolve this matter.

In view of the foregoing, we respectfully request that the Court (i) refer this case to Magistrate Judge A. Kathleen Tomlinson and (ii) schedule a teleconference to discuss the issue of the payment deadline.

We thank Your Honor for considering this matter.

Respectfully submitted,
*/s/ C.K. Lee*
C.K. Lee, Esq.
cc:   all parties via ECF